NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTON WATKINS,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )
                                       )      Case No.  2D18-2338
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed April 26, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Anton Watkins, pro se.

Ashley Moody, Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.